# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE STRAMIELLO, ) | |
| ) | |
|     Petitioner, ) | Case No. 2:13-cv-01881-JAD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MYLES, *et al.*, ) | |
| ) | |
|     Respondents. ) | |

      This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

      Due to the defects presented, the pauper application will be denied, and the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely. In this regard, plaintiff at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but may not file further documents in this action.

**IT IS FURTHER ORDERED** that all pending motions, including petitioner's motions at Doc. 2 & 3 are **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this __3rd__ day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

2